

**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.
Ronald C. Girnus

CASE/CITATION NO. Mag. 08-0014-GGH

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
Sacramento    CA    95818
CITY          STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1/8/08      X _____
                   DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $350.00 and a penalty assessment of $10.00 for a TOTAL AMOUNT OF: $360.00 within _____ days/months; or payments of $50.00 per month, commencing 2/1/08 and due on the 1st of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by **CHECK** or **MONEY ORDER**, payable to: **Clerk, USDC** and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1/8/08      _____
                   U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                                                    EDCA-3